

# NUMBER 13-20-00208-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

JOSE ADOLFO SALINAS
AND ANGELA SALINAS,                                    Appellants,

v.

GREGORIA JACKSON,                                      Appellee.

---

### On appeal from the County Court at Law No. 8 of Hidalgo County, Texas.

---

# MEMORANDUM OPINION

### Before Chief Justice Contreras and Justices Longoria and Tijerina
### Memorandum Opinion by Justice Tijerina

Appellants Jose Adolfo Salinas and Angela Salinas filed an appeal in cause number 13-20-00208-CV from a judgment entered by the County Court at Law No. 8, Hidalgo County, Texas. Subsequently, appellants filed an unopposed motion to dismiss the appeal in this cause. The motion states that appellee Gregoria Jackson filed a nonsuit

with prejudice in the trial court, which the trial court signed on December 11, 2020, while this appeal was pending. The motion states that appellants desire to dismiss the appeal, and appellee is unopposed.

Having considered the documents on file and the unopposed motion, this Court is of the opinion that the motion should be granted, and the appeal should be dismissed. *See* TEX. R. APP. P. 42.3(a). Accordingly, we GRANT the appellants' unopposed motion to dismiss, and the appeal is hereby DISMISSED. Each party will bear its own costs pursuant to the parties' agreement. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal pursuant to appellants' unopposed motion, no motion for rehearing will be entertained, and our mandate will issue forthwith.

JAIME TIJERINA
Justice

Delivered and filed on the
1st day of April, 2021.

2